1 | **SO. CAL. EQUAL ACCESS GROUP**
2 | Jason J. Kim (SBN 190246)
  | Jason Yoon (SBN 306137)
3 | 101 S. Western Ave., Second Floor
  | Los Angeles, CA 90004
4 | Telephone: (213) 252-8008
  | Facsimile:  (213) 252-8009
5 | scalequalaccess@yahoo.com

6 | Attorneys for Plaintiff
  | KYU HWA BACK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KYU HWA BACK, | Case No.: **2:20-cv-07746-MCS (AFMx)** |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| NASA OIL CORPORATION D/B/A 76; NOEL ANENBERG, AS SUCCESSOR TRUSTEE OF THE TRUSTS UNDER THE WILL OF GEORGE ANENBERG; DOES 1 to 10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that KYU HWA BACK ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: November 13, 2020   SO. CAL. EQUAL ACCESS GROUP

By: ____/s/  Jason J. Kim_____
     Jason J. Kim, Esq.
     Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**